36132. LEE v. DOE et al.

Judgment affirmed without opinion under Rule 59. *All the Justices concur.*

SUBMITTED APRIL 15, 1980 — DECIDED APRIL 29, 1980.

---

*Neville & Neville, William J. Neville, Reba J. Neville,*
for appellant.
*H. Lehman Franklin, Jr.,* for appellees.